IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CR417-199 |
| | ) |
| RAMON RIVERA-GARCIA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Ramon Rivera-Garcia's Motion of Miscellaneous. (Doc. 40.) Defendant has filed this motion pro se, inquiring about the location and status of his property. (Id. at 1.) The Court has inquired with the U.S. Marshals Service regarding Defendant's property. The Court was advised by the Chief Deputy Marshal that U.S. Immigration and Customs Enforcement ("ICE") has located Defendant's property and that Defendant's property will be returned to Defendant within the next week. Therefore, Defendant's Motion of Miscellaneous (Doc. 40) is **DISMISSED AS MOOT**.

SO ORDERED this 16th day of October 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA